1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CONSTANCE L. LELOUIS, State Bar No. 148821
   Supervising Deputy Attorney General
3  BENJAMIN M. GLICKMAN, State Bar No. 247907
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-6054
6   Fax: (916) 324-8835
    E-mail: Benjamin.Glickman@doj.ca.gov
7  *Attorneys for EDMUND G. BROWN, JR., in his
   official capacity as Governor of California, and
8  ALEX PADILLA, in his official capacity as Secretary
   of State of California*

[Additional Counsel on Signature Pages]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY SHORT, et al.,** | 2:18-cv-00421-TLN-KJN |
| Plaintiffs, | **STIPULATION EXTENDING TIME FOR RESPONSIVE PLEADINGS [L.R. 144]** |
| v. | |
| **EDMUND G. BROWN, JR., in his official capacity as Governor of California, et al.** | **ORDER** |
| Defendants. | Judge: Hon. Troy L. Nunley<br>Action Filed: February 27, 2018 |

Pursuant to Local Rules 143 and 144, the parties hereby stipulate to the following:

1. Defendants' deadline to answer or otherwise respond to the Complaint shall be extended from March 21, 2018, until four weeks (28 days) after the Court enters an order deciding Plaintiffs' pending motion for a preliminary injunction [ECF Dckt. No. 7]; and

2. No previous extensions of times have been sought or obtained in this matter.

Dated:  March 13, 2018                                        Respectfully Submitted,

/s/ Terry J. Martin (as authorized on 3/13/18)                /s/ Benjamin M. Glickman
Terry J. Martin (SBN 307802)                                   Benjamin M. Glickman (SBN 247907)
Brian T. Hildreth (SBN 214131)                                 Deputy Attorney General
BELL, MCANDREWS & HILTACHK, LLP                                *Attorneys for State Defendants*
*Attorneys for Plaintiffs*

/s/ Krista C. Whitman (as authorized on 3/9/18)               /s/ Regina A Garza (as authorized on 3/9/18)
Krista C. Whitman (SBN 135881)                                 Regina A. Garza (SBN 250780)
Assistant County Counsel, County of Sacramento                 County Counsel, County of Madera
*Attorneys for Defendant Jill LaVine, in her                   Attorneys for Defendant Rebecca Martinez,
official capacity as Registrar of Voters for the               in her official capacity as Registrar of
County of Sacramento*                                          *Voters for the County of Madera*

/s/ Scott McLeran (as authorized on 3/9/18)
Scott McLeran (SBN 256263)
Deputy County Counsel, County of Nevada
*Attorneys for Defendant Gregory Diaz, in his
official capacity as Registrar of Voters for the
County of Nevada*

## ORDER

**IT IS SO ORDERED.**

**Dated: March 16, 2018**

Troy L. Nunley
United States District Judge