1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CONSTANCE L. LELOUIS, State Bar No. 148821
   Supervising Deputy Attorney General
3  BENJAMIN M. GLICKMAN, State Bar No. 247907
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-6054
6   Fax: (916) 324-8835
    E-mail: Benjamin.Glickman@doj.ca.gov
7  *Attorneys for EDMUND G. BROWN, JR., in his
   official capacity as Governor of California, and
8  ALEX PADILLA, in his official capacity as Secretary
   of State of California*

[Additional Counsel on Signature Pages]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY SHORT, et al.,** | 2:18-cv-00421-TLN-KJN |
| Plaintiffs, | **STIPULATION EXTENDING TIME FOR RESPONSIVE PLEADINGS [L.R. 144]** |
| v. | |
| | **ORDER** |
| **EDMUND G. BROWN, JR., in his official capacity as Governor of California, et al.** | |
| | Judge: Hon. Troy L. Nunley |
| Defendants. | Action Filed: February 27, 2018 |

Pursuant to Local Rules 143 and 144, the parties hereby stipulate to the following:

1. On or about March 16, 2018, pursuant to the parties' stipulation, the Court entered an order extending Defendants' deadline to answer or otherwise respond to the Complaint from March 21, 2018, until four weeks (28 days) after the Court entered an order deciding Plaintiffs' pending motion for a preliminary injunction. ECF Dckt. No. 10.

2. On April 25, 2018, the Court entered an order denying Plaintiffs' motion for a preliminary injunction. ECF Dckt. No. 21. Accordingly, Defendants' current deadline to answer or otherwise respond to the Complaint is May 23, 2018 (i.e., 28 days after April 25, 2018, and 63 days after the original March 21, 2018 deadline).

3. On April 26, 2018, Plaintiffs filed a notice of appeal to the United States Court of Appeal for the Ninth Circuit from the Court's April 25, 2018 order denying Plaintiffs' motion for a preliminary injunction. ECF Dckt. No. 22. This appeal was assigned case number 18-15775. On May 7, 2018, the Ninth Circuit granted Plaintiffs' unopposed request for an expedited hearing and briefing schedule. Accordingly, briefing on appeal will be complete on or before May 31, 2018, and the case will be placed on the argument calendar in June 2018.

4. In light of the foregoing, Defendants' deadline to answer or otherwise respond to the Complaint shall be extended from May 23, 2018, until four weeks (28 days) after the United States Court of Appeals for the Ninth Circuit finally resolves Plaintiffs' appeal in case number 18-15775.

Dated: May 8, 2018                                   Respectfully Submitted,

/s/ Terry J. Martin (as authorized on 5/8/18)         /s/ Benjamin M. Glickman
Terry J. Martin (SBN 307802)                          Benjamin M. Glickman (SBN 247907)
Brian T. Hildreth (SBN 214131)                        Deputy Attorney General
BELL, MCANDREWS & HILTACHK, LLP                       *Attorneys for State Defendants*
*Attorneys for Plaintiffs*

/s/ Krista C. Whitman (as authorized on 5/8/18)
Krista C. Whitman (SBN 135881)
Assistant County Counsel, County of Sacramento
*Attorneys for Defendant Jill LaVine, in her official capacity as Registrar of Voters for the County of Sacramento*

/s/ Regina A Garza (as authorized on 5/8/18)
Regina A. Garza (SBN 250780)
County Counsel, County of Madera
*Attorneys for Defendant Rebecca Martinez, in her official capacity as Registrar of Voters for the County of Madera*

/s/ Scott McLeran (as authorized on 5/8/18)
Scott McLeran (SBN 256263)
Deputy County Counsel, County of Nevada
*Attorneys for Defendant Gregory Diaz, in his official capacity as Registrar of Voters for the County of Nevada*

## ORDER

IT IS SO ORDERED.

Dated: May 18, 2018

Troy L. Nunley
United States District Judge